UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROSETTA COOPER WILLIAMS,

    Plaintiff,

v.

**JUDGMENT**

No. 5:16-CV-139-FL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed an objection.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 18, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted. The final decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on May 18, 2017, and Copies To:**

Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


May 18, 2017                                              PETER A. MOORE, JR., CLERK
                                                                  /s/ Christa N. Baker
                                                                  (By) Christa N. Baker, Deputy Clerk